UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 3 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| Duane Andrew Jones, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **10 2002** |
| | ) | |
| The United States "Public," | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff is a resident of West Baden Springs, Indiana. He alleges that "[s]ince 1987 on a daily basis[,] the 'Public at Large' has 'collectivley' [sic] terrorized - demonized - slandered and enslaved me all across the nation, in spite of my honest efforts and good deeds." Compl. at 1. Plaintiff also alleges, among other things, that he has been the victim of "hundreds of crimes against my 'Peace and Dignity', " and that the FBI, CIA and Secret Service "said I should SUE." *Id.* at 2.

A complaint may be dismissed under 28 U.S.C. § 1915(e)(2) as frivolous when it describes fantastic or delusional scenarios or contains "fanciful factual allegation[s]." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); accord *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). This complaint qualifies for such treatment. A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: November 20, 2010